UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **SHANE MAXCY, ET AL.** | **CIVIL ACTION NO. 19-1315** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **BOSSIER FAMILY MEDICINE L.L.C.** | **MAGISTRATE JUDGE HAYES** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff Victoria Benitez, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute and failure to heed orders of the Court pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. This dismissal does not affect Plaintiff Shane Maxcy's ongoing litigation against Defendant, and those claims will proceed as scheduled.

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this 15th day of September 2020.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT COURT